# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK G. MEHAFFIE, | : | CIVIL ACTION NO. 1:18-CV-786 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| ANDREW M. SAUL,[1] Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 16th day of September, 2019, upon consideration of the report (Doc. 12) of Magistrate Judge Joseph F. Saporito, Jr., recommending that the court deny the appeal of plaintiff Patrick G. Mehaffie ("Mehaffie") from the decision of the administrative law judge denying his application for disability insurance benefits, and the court noting that Mehaffie filed objections (Doc. 13) to the report, see FED. R. CIV. P. 72(b), and the Commissioner of Social Security ("Commissioner") filed a response (Doc. 14) thereto, and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court being in agreement with Judge Saporito that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g), and

---

[1] Andrew M. Saul was sworn in as Commissioner of Social Security on June 17, 2019, and is automatically substituted as the defendant in this action. See *FED. R. CIV. P. 25(d).

finding Judge Saporito's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding Mehaffie's objections to be without merit and squarely and correctly addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 12) of Magistrate Judge Saporito is ADOPTED.

2. The decision of the Commissioner denying Mehaffie's application for disability insurance benefits is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Mehaffie as set forth in paragraph 2.

4. The Clerk of Court shall thereafter CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania